Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:18-bk-15795-RB  AS OF 3/31/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/13/23 | $1,550.00 | 03/2023 | $1,550.00 |
| 02/17/23 | $1,550.00 | 02/2023 | $1,550.00 |
| 01/24/23 | $1,550.00 | 01/2023 | $1,550.00 |
| 12/20/22 | $1,550.00 | 12/2022 | $1,550.00 |
| 11/18/22 | $1,550.00 | 11/2022 | $1,550.00 |
| 10/18/22 | $1,550.00 | 10/2022 | $1,550.00 |
| 09/14/22 | $1,550.00 | 09/2022 | $1,550.00 |
| 08/09/22 | $1,550.00 | 08/2022 | $1,550.00 |
| 07/12/22 | $1,550.00 | 07/2022 | $1,550.00 |
| 06/16/22 | $939.00 | 06/2022 | $2,489.00 |
| 06/14/22 | $1,550.00 | 05/2022 | $1,550.00 |
| 05/16/22 | $1,550.00 | 04/2022 | $1,550.00 |

WANDA GONZALEZ
FILIBERTO MARQUEZ GONZALEZ
10937 BLACKWOOD COURT
FONTANA, CA  92337

CURRENT CASE DISPOSITION: ACTIVE

| | | | | |
|---|---|---|---|---|
| FILING DATE: | 07/11/2018 | MONTHLY PLAN PMT AMT: | $1,529.00 | FEES PAID TO ATTY: $4,350.00 |
| 1ST MEETING DATE: | 08/15/2018 | GROSS RECEIPTS: | $91,523.00 | FEES PAID TO TRUSTEE: $5,740.99 |
| CONFIRMATION DATE: | 09/13/2018 | REFUNDS FR CREDITORS: | $0.00 | REFUNDS TO DEBTORS: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $80,019.96 | BALANCE ON HAND: $1,412.05 |
| PERCENT TO UNSEC.: | 87.15% | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $4,350.00 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPO | SECURED | 4.00 | $5,694.00 | $5,695.50 | $5,695.50 | $436.20 | $0.00 |
| 0002 | NEWREZ LLC | MORTGAGE ARREARS | 0.00 | $27,802.18 | $27,902.73 | $27,902.73 | $0.00 | $0.00 |
| 0003 | TOYOTA MOTOR CREDIT CORPORA | SECURED | 6.25 | $19,888.00 | $19,415.68 | $19,415.68 | $2,346.99 | $0.00 |
| 0004 | SAN BERNARDINO COUNTY DEPART | CHILD SUPPORT | 0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | BANK OF AMERICA NA | UNSECURED | 0.00 | $4,137.00 | $4,137.06 | $2,969.20 | $0.00 | $636.25 |
| 0006 | CHASE CARD | UNSECURED | 0.00 | $2,338.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | ENHANCED RECOVERY COMPANY L | UNSECURED | 0.00 | $117.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $6,772.00 | $6,771.89 | $4,860.23 | $0.00 | $1,041.47 |
| 0009 | MIDLAND CREDIT MANAGEMENT, IN | UNSECURED | 0.00 | $2,402.00 | $2,401.79 | $1,723.79 | $0.00 | $369.37 |
| 0010 | MIDLAND CREDIT MANAGEMENT, IN | UNSECURED | 0.00 | $4,833.00 | $4,883.37 | $3,504.83 | $0.00 | $751.03 |
| 0011 | MIDLAND CREDIT MANAGEMENT, IN | UNSECURED | 0.00 | $1,108.00 | $1,107.99 | $795.21 | $0.00 | $170.40 |
| 0012 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $5,963.00 | $5,963.26 | $4,279.88 | $0.00 | $917.10 |
| 0013 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,610.00 | $2,609.64 | $1,872.95 | $0.00 | $401.35 |
| 0014 | SYNCB/LOWES | UNSECURED | 0.00 | $356.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $3,611.67 | $2,592.12 | $0.00 | $555.45 |
| 0016 | ANTERO CAPITAL LLC | UNSECURED | 0.00 | $0.00 | $2,263.66 | $1,624.65 | $0.00 | $348.13 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | **$5,190.55** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.