Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

WANDA GONZALEZ
FILIBERTO MARQUEZ GONZALEZ

Debtor(s).

Case No.: 6:18-bk-15795-RB
Chapter 13

STIPULATION MODIFYING PLAN

(No hearing required)

In order to resolve issues related to the tax returns and refunds,

THE UNDERSIGNED HEREBY STIPULATE AND AGREE:

The confirmed plan is modified as follows: The plan base is increased by $3,841.00. Debtor may keep the 2022 tax refunds.

There are no other changes to the plan.

Dated: September 19, 2023        _____
                                 Rod Danielson, Chapter 13 Trustee

Dated: September 19, 2023        _____
                                 Attorney for debtor

*Please sign & email or fax back to Trustee at 951-826-8090.
Mail the original to the Trustee*

FG:166 - 9/19/2023 - RD