Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>WANDA GONZALEZ<br>FILIBERTO MARQUEZ GONZALEZ<br><br>Debtor(s). | Case No.: 6:18-bk-15795-RB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE<br>[ 11 U.S.C. 1307(c) ]<br><br>Hearing Date: 09/20/2023 |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 08/16/2023.

The hearing on this motion which was scheduled for 09/20/2023, should be taken off calendar.

TAX MOTION IS WITHDRAWN.

Date: 09/19/2023

_____
Rod Danielson, Chapter 13 Trustee

FG:181 - 09/19/2023 - RD