ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

**SEP 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

WANDA GONZALEZ

FILIBERTO MARQUEZ GONZALEZ

Debtor(s).

Case No. 06:18-bk-15795-RB
Chapter 13

ORDER APPROVING STIPULATION MODIFYING PLAN

(No hearing required)

The Court having reviewed the stipulation filed on September 19, 2023 at docket #64 and good cause appearing,

**IT IS ORDERED** that the stipulation is approved as follows:

1. The plan base is increased by $3,841.00. Debtor may keep the 2022 tax refunds.

2. There are no other changes to the plan.

###

Date: September 20, 2023

_Magdalena Reyes Bordeaux_
Magdalena Reyes Bordeaux
United States Bankruptcy Judge