United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 18-15795-RB
Wanda Gonzalez                                                                              Chapter 13
Filiberto Marquez Gonzalez
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wanda Gonzalez, Filiberto Marquez Gonzalez, 10937 Blackwood Court, Fontana, CA 92337-6842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023                                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Wanda Gonzalez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Filiberto Marquez Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing PLG@ecf.courtdrive.com  PLG@ecf.courtdrive.com |
| Darlene C Vigil | on behalf of Creditor Ditech Financial LLC cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Eric P Enciso
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eenciso@rasflaw.com

Mary D Vitartas
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Mary.Vitartas@Padgettlawgroup.com
    bkecf@padgettlawgroup.com

Rod Danielson (TR)
    notice-efile@rodan13.com

Shanna Gibbs
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Shanna.Gibbs@padgettlawgroup.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov


TOTAL: 10

ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

SEP 20 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 06:18-bk-15795-RB <br> Chapter 13 |
| WANDA GONZALEZ | ORDER APPROVING STIPULATION MODIFYING PLAN |
| FILIBERTO MARQUEZ GONZALEZ | |
| | (No hearing required) |
| Debtor(s). | |

The Court having reviewed the stipulation filed on September 19, 2023 at docket #64 and good cause appearing,

**IT IS ORDERED** that the stipulation is approved as follows:

1. The plan base is increased by $3,841.00. Debtor may keep the 2022 tax refunds.

2. There are no other changes to the plan.

###

Date: September 20, 2023

Magdalena Reyes Bordeaux
United States Bankruptcy Judge