Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 6:18-bk-15795-RB |
| | CHAPTER 13 |
| WANDA GONZALEZ | |
| FILIBERTO MARQUEZ GONZALEZ | JUDGE MAGDALENA REYES BORDEAUX |
| DEBTORS | |
| | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Rod Danielson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NEWREZ LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| | 3605 | $27,902.73* | $27,902.73 | $27,902.73 |
| Total Amount Paid by Trustee | | | | $27,902.73 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Plan        **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

*If no claim was filed this figure represents debtor's estimated debt.

CASE NO. 6:18-bk-15795-RB

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of November, 2023.

WANDA GONZALEZ, FILIBERTO MARQUEZ GONZALEZ, 10937 BLACKWOOD COURT, FONTANA, CA  92337

HESTON & HESTON, ATTORNEYS AT LAW, 19700 FAIRCHILD RD, STE 280, IRVINE, CA  92612

NEWREZ LLC, DBA SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC  29603-0826

DITECH FINANCIAL LLC, PO BOX 6172, RAPID CITY, SD  57709-6172

ELECTRONIC SERVICE - United States Trustee

Date:  November 20, 2023                                              /s/ Rod Danielson
                                                                                       Rod Danielson
                                                                                       Chapter 13 Trustee
                                                                                       3787 University Avenue
                                                                                       Riverside, CA  92501