United States Bankruptcy Court

Central District of California

In re:                                                                                                                    Case No. 18-15795-RB

Wanda Gonzalez                                                                                              Chapter 13

Filiberto Marquez Gonzalez

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 17, 2024 | Form ID: van111 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wanda Gonzalez, Filiberto Marquez Gonzalez, 10937 Blackwood Court, Fontana, CA 92337-6842 |
| 38623966 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 39090383 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 38623975 | | San Bernardino County Department of, Child Support Services, 10417 Mountain View Ave, Loma Linda, CA 92354-2030 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 18 2024 00:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 18 2024 00:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 38658505 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 18 2024 00:59:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 38623963 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 18 2024 00:59:00 | American Hond Finance, 6261 Katella Avenue Ste 1A, Cypress, CA 90630-5249 |
| 39090610 | + | Email/Text: documentfiling@lciinc.com | Jan 18 2024 00:57:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 38623964 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2024 00:57:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 38692814 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 18 2024 00:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 38623967 | + | Email/Text: bknotice@ercbpo.com | Jan 18 2024 00:59:00 | Enhanced Recovery Company LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 38623968 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 18 2024 00:59:00 | JH Portfolio Debt Equities, 5757 Phantom DRive Ste 225, Hazelwood, MO 63042-2429 |
| 38623965 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 18 2024 01:11:10 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 41533279 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 01:00:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 38709187 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 00:59:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |

Case 6:18-bk-15795-RB   Doc 76   Filed 01/19/24   Entered 01/19/24 21:19:03   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: van111 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 38623969 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 00:59:00 | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 40192958 | | Email/Text: mtgbk@shellpointmtg.com | Jan 18 2024 00:58:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 38623972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:11:16 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Ste 100, Norfolk, VA 23502 |
| 39076064 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:11:20 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 39076063 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:11:12 | Portfolio Recovery Associates, LLC, c/o Toyota, POB 41067, Norfolk VA 23541 |
| 39076062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:00:21 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 38705426 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2024 00:59:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 38623976 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 01:31:40 | SYNCB/Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 38623977 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 18 2024 00:58:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 38669540 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 18 2024 00:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 38623970 | *+ | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 38623971 | *+ | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 38623973 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Ste 100, Norfolk, VA 23502 |
| 38623974 | ##+ | Quality Loan Service, 411 Ivy Street, San Diego, CA 92101-2108 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024          Signature:     /s/Gustava Winters

Case 6:18-bk-15795-RB  Doc 76  Filed 01/19/24  Entered 01/19/24 21:19:03  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: van111 | Total Noticed: 26 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com |
| Benjamin Heston | on behalf of Joint Debtor Filiberto Marquez Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Wanda Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing PLG@ecf.courtdrive.com PLG@ecf.courtdrive.com |
| Darlene C Vigil | on behalf of Creditor Ditech Financial LLC cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Eric P Enciso | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eenciso@rasflaw.com |
| Mary D Vitartas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Mary.Vitartas@Padgettlawgroup.com bkecf@padgettlawgroup.com;MVitartas@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Shanna Gibbs | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Shanna.Gibbs@padgettlawgroup.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501-3819**

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Wanda Gonzalez
**SSN:** xxx-xx-1130
**EIN:** N/A
Filiberto Marquez Gonzalez
**SSN:** xxx-xx-5942 aka Phil M Gonzalez

10937 Blackwood Court
Fontana, CA 92337

**BANKRUPTCY NO.** 6:18-bk-15795-RB
**CHAPTER** 13
aka Phil M Gonzalez

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above-captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: January 17, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN-111)

**74 / DR**