United States Bankruptcy Court

Central District of California

In re:  Case No. 18-15795-RB

Wanda Gonzalez  Chapter 13

Filiberto Marquez Gonzalez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3

Date Rcvd: Jan 24, 2024      Form ID: van110      Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wanda Gonzalez, Filiberto Marquez Gonzalez, 10937 Blackwood Court, Fontana, CA 92337-6842 |
| 38623966 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 39090383 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 38623975 | | San Bernardino County Department of, Child Support Services, 10417 Mountain View Ave, Loma Linda, CA 92354-2030 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 25 2024 09:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 25 2024 09:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 38658505 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 25 2024 09:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 38623963 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 25 2024 09:01:00 | American Hond Finance, 6261 Katella Avenue Ste 1A, Cypress, CA 90630-5249 |
| 39090610 | + | Email/Text: documentfiling@lciinc.com | Jan 25 2024 09:00:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 38623964 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2024 09:00:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 38692814 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 25 2024 09:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 38623967 | + | Email/Text: bknotice@ercbpo.com | Jan 25 2024 09:01:00 | Enhanced Recovery Company LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 38623968 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 25 2024 09:01:00 | JH Portfolio Debt Equities, 5757 Phantom DRive Ste 225, Hazelwood, MO 63042-2429 |
| 38623965 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2024 09:24:32 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 41533279 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 09:10:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 38709187 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 09:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: van110 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 38623969 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 09:01:00 | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 40192958 | | Email/Text: mtgbk@shellpointmtg.com | Jan 25 2024 09:00:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 38623972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 09:11:20 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Ste 100, Norfolk, VA 23502 |
| 39076064 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 09:10:47 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 39076063 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 09:11:12 | Portfolio Recovery Associates, LLC, c/o Toyota, POB 41067, Norfolk VA 23541 |
| 39076062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 09:24:33 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 38705426 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 09:00:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 38623976 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 09:11:48 | SYNCB/Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 38623977 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 25 2024 09:00:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 38669540 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 25 2024 09:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 38623970 | *+ | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 38623971 | *+ | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 38623973 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Ste 100, Norfolk, VA 23502 |
| 38623974 | ##+ | Quality Loan Service, 411 Ivy Street, San Diego, CA 92101-2108 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024         Signature:        /s/Gustava Winters

District/off: 0973-6     User: admin     Page 3 of 3
Date Rcvd: Jan 24, 2024     Form ID: van110     Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com |
| Benjamin Heston | on behalf of Joint Debtor Filiberto Marquez Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Wanda Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing PLG@ecf.courtdrive.com PLG@ecf.courtdrive.com |
| Darlene C Vigil | on behalf of Creditor Ditech Financial LLC cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Eric P Enciso | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eenciso@rasflaw.com |
| Mary D Vitartas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Mary.Vitartas@Padgettlawgroup.com bkecf@padgettlawgroup.com;MVitartas@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Shanna Gibbs | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Shanna.Gibbs@padgettlawgroup.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 11

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
 Wanda Gonzalez

**SSN:** xxx−xx−1130
**EIN:** N/A
Filiberto Marquez Gonzalez
aka Phil M Gonzalez
**SSN:** xxx−xx−5942
10937 Blackwood Court
Fontana, CA 92337

**BANKRUPTCY NO.** 6:18−bk−15795−RB
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: January 24, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court