United States Bankruptcy Court

Central District of California

In re:                                                                                                                    Case No. 18-15795-RB
Wanda Gonzalez                                                                                                Chapter 13
Filiberto Marquez Gonzalez
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wanda Gonzalez, Filiberto Marquez Gonzalez, 10937 Blackwood Court, Fontana, CA 92337-6842 |
| 38623966 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 39090383 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 38623974 | + | Quality Loan Service, 411 Ivy Street, San Diego, CA 92101-2108 |
| 38623975 | | San Bernardino County Department of, Child Support Services, 10417 Mountain View Ave, Loma Linda, CA 92354-2030 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Feb 08 2024 05:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 08 2024 05:39:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 38658505 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 08 2024 00:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 38623963 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 08 2024 00:46:00 | American Hond Finance, 6261 Katella Avenue Ste 1A, Cypress, CA 90630-5249 |
| 39090610 | + | EDI: LCIFULLSRV | Feb 08 2024 05:38:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 38623964 | | EDI: BANKAMER | Feb 08 2024 05:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 38692814 | + | EDI: BANKAMER2 | Feb 08 2024 05:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 38623967 | + | Email/Text: bknotice@ercbpo.com | Feb 08 2024 00:46:00 | Enhanced Recovery Company LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 38623968 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 08 2024 00:46:00 | JH Portfolio Debt Equities, 5757 Phantom DRive Ste 225, Hazelwood, MO 63042-2429 |
| 38623965 | | EDI: JPMORGANCHASE | Feb 08 2024 05:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 41533279 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 00:48:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 38709187 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 00:46:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 38623969 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 00:46:00 | Midland Credit Management Inc, 2365 Northside |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive #300, San Diego, CA 92108-2710 |
| 40192958 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 00:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 38623972 | | EDI: PRA.COM | Feb 08 2024 05:38:00 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Ste 100, Norfolk, VA 23502 |
| 39076064 | | EDI: PRA.COM | Feb 08 2024 05:38:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 39076063 | | EDI: PRA.COM | Feb 08 2024 05:38:00 | Portfolio Recovery Associates, LLC, c/o Toyota, POB 41067, Norfolk VA 23541 |
| 39076062 | | EDI: PRA.COM | Feb 08 2024 05:38:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 38705426 | | EDI: Q3G.COM | Feb 08 2024 05:38:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 38623976 | | EDI: SYNC | Feb 08 2024 05:38:00 | SYNCB/Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 38623977 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 08 2024 00:46:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 38669540 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 08 2024 00:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 38623970 | *+ | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 38623971 | *+ | Midland Credit Management Inc, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 38623973 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Ste 100, Norfolk, VA 23502 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 27 |

**below:**

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com |
| Benjamin Heston | on behalf of Joint Debtor Filiberto Marquez Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Wanda Gonzalez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing PLG@ecf.courtdrive.com PLG@ecf.courtdrive.com |
| Darlene C Vigil | on behalf of Creditor Ditech Financial LLC cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Eric P Enciso | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eenciso@rasflaw.com |
| Mary D Vitartas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Mary.Vitartas@Padgettlawgroup.com bkecf@padgettlawgroup.com;MVitartas@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Shanna Gibbs | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Shanna.Gibbs@padgettlawgroup.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Wanda Gonzalez**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1130<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Filiberto Marquez Gonzalez**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5942<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   6:18–bk–15795–RB | | |

## Order of Discharge – Chapter 13                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wanda Gonzalez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/7/24

**Dated:** 2/7/24

Filiberto Marquez Gonzalez
aka Phil M Gonzalez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 2/7/24

**By the court:**    Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

83/SH

For more information, see page 2 >

---

Form 3180W–doa3                          **Order of Chapter 13 Discharge**                               page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W–doa3                **Order of Chapter 13 Discharge**                page 2